STATE OF NEW JERSEY v. SAMUEL BIBBY.

June 16, 1982.

Petition for certification denied.

IN THE MATTER OF JOEL L. SHAIN, POLICE DIRECTOR AND JOEL L. SHAIN, MAYOR.

June 16, 1982.

Petition for certification granted.

JOEL L. SHAIN v. CITY COUNCIL OF THE CITY OF ORANGE.

June 16, 1982.

Petition for certification denied.

FREDERICK THOMPSON v. JEFFREY COSIOL.

June 16, 1982.

Petition for certification denied.